MITCHELL BARLOW & MANSFIELD, P.C.
Robert E. Mansfield (*pro hac vice*)
rmansfield@mbmlawyers.com
Megan Garrett (*pro hac vice*)
mgarrett@mbmlawyers.com
9 E. Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077

FORD & DIULIO PC
Brendan M. Ford (CA Bar No. 224333)
bford@forddiulio.com
Tyler E. Sanchez (CA Bar No. 299131)
tsanchez@forddiulio.com
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone (714) 450-6830

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MANUEL VILLASENOR, III, on behalf of himself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO.:<br>2:17-cv-06439 JFW (GJSx)<br><br>CLASS ACTION<br><br>**ORDER OF DISMISSAL** |

Plaintiff Frank Manuel Villasenor, III (the "Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), stipulate to the dismissal of this action without prejudice. Plaintiff agrees not to refile his complaint, or a substantially similar complaint, with the Court, for the earlier of 90 days from the date hereof or the date the settlement in the state action, styled as *William Jackson, et al. v. Lang Pharma Nutrition, Inc., et. al.* filed in the Superior Court of California for the County of San Diego, Case No. 37-2017-00028196, fails for any reason. Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees. Plaintiff shall not refile his complaint, or a substantially similar complaint, with the Court for the earlier of 90 days from the date hereof or the date the settlement in the state action, styled as *William Jackson, et al. v. Lang Pharma Nutrition, Inc., et. al.* filed in the Superior Court of California for the County of San Diego, Case No. 37-2017-00028196, fails for any reason.

DATED this 29TH day of December, 2017.

_____
Hon. John F. Walter
United States District Judge

2